**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**
**CASE NO. 2:26-CV-00071-SCM**

**STEVEN MILLER, SR., *et al.*** **PLAINTIFFS**

**v.**

**CITY OF COVINGTON, *et al.*** **DEFENDANTS**

---

**JOINT STATUS REPORT**

---

Pursuant to the Court's Order (Doc. 20), the parties report that written discovery has been issued but no depositions have been taken. The parties believe that the case is on track under the current Scheduling Order.

Respectfully submitted,

***/s/ Jeffrey C. Mando***
Jeffrey C. Mando, Esq. (#43548)
Olivia F. Amlung, Esq. (#97449)
Casmir M. Thornberry, Esq. (#100623)
ADAMS LAW, PLLC
40 West Pike Street
Covington, KY 41011
p: 859.394.6200 | f: 859.392.7200
jmando@adamsattorneys.com
oamlung@adamsattorneys.com
cthornberry@adamsattorneys.com

*Attorneys for Defendants, City of Covington, Col. Brian Valenti, in his official capacity as Chief of Police; Officer Zachary Stayton and Sergeant Ashley, individually and in their official capacities*

***/s/Jamir Davis (per authorization)***
Jamir Davis, Esq.
J. Davis Law Firm, PLLC
328 Scott Street
Covington, KY 41011
jdavis@jdaviscounsel.com

*Attorney for Plaintiffs, Steven Miller, Sr. and Steven Miller II*

**CERTIFICATE OF SERVICE**

I hereby certify that on this **3rd** day of August, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide notice of electronic filing to: Jamir Davis, Esq.

***/s/ Jeffrey C. Mando***
Jeffrey C. Mando, Esq.